# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DEANN ROBERTS      )<br>                                                 )<br>          Plaintiff,                       )<br>v.                                             )<br>                                                 )<br>CAROLYN W. COLVIN, Acting  )<br>Commissioner of Social Security.  )<br>                                                 )<br>          Defendant.                    )<br>_____) | Case No.: 1:13-cv-01614-GSA<br><br>ORDER EXTENDING BRIEFING SCHEDULE<br><br>Doc. 12 |

Based upon the stipulation of the parties filed as Doc. 12, the Court extends the briefing schedule applicable to this case. Accordingly, Plaintiff shall file her opening brief on or before July 9, 2014; Defendant shall file her response on or before August 8, 2014; and Plaintiff shall file any optional reply on or before August 18, 2014.

IT IS SO ORDERED.

Dated:   **June 11, 2014**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

-1-